1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7                     FOR THE DISTRICT OF ARIZONA
8
9  Judith Tagata, et al.,                    No. CV-14-02238-TUC-JAS
10                 Plaintiffs,                **ORDER**
11 v.
12 Schwarz Pharma Incorporated, et al.,
13                 Defendants.
14

On 8/4/14, the Court issued a detailed Order requiring the parties to provide paper copies of any authority or evidence relied upon by the parties in relation to filings before the Court. *See* Doc. 13. While Defendant timely complied with this Order, Plaintiff failed to comply with this Order despite the fact that the Order explicitly warned that non-compliance could result in dismissal with prejudice. *See id.* at pp. 3-4 ("Within seven days after a document is filed, the parties shall provide the Court with paper copies in strict compliance with this Order and file a notice that they have strictly complied with the requirements in this Order; failure to timely file this required notice will be viewed as a party's admission that they have failed to comply with this Court's Order . . . If a party fails to submit the required authority binder and other paper copies required by this Order, the Court may summarily deny or grant a motion as applicable to the party that failed to comply with this Order, and the Court may dismiss the case with prejudice or enter a default judgment as to the non-complying party"). The Court has not received the required copies from Plaintiff, and the docket reflects that Plaintiff did not file a notice

1 reflecting that she attempted to comply with the Court's Order. *See Catz v. Chalker*, 512
2 Fed.Appx. 693, 694 (9th Cir. 2013) (affirming dismissal with prejudice for failure to
3 comply with the district court's order requiring plaintiff to submit an authority binder
4 containing any authority relied upon to support his briefs) (unpublished disposition); *Catz*
5 *v. Chalker*, CV 03-91-TUC-FRZ (Doc. 362 at pp. 1-2).

6 Plaintiff shall comply with the Court's Order by 10/31/14; as Plaintiff has already
7 been warned, if Plaintiff fails to timely comply with the Court's Order, Defendant's
8 motion may be summarily be granted and dismissed with prejudice without further notice
9 to Plaintiff.

10 Dated this 28th day of October, 2014.

Honorable James A. Soto
United States District Judge

- 2 -